IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RODERICK WHITE**                                                                                          **PETITIONER**

**VS.**                          **CASE NO. 5:05CV00310 WRW/HDY**

**LARRY NORRIS, Director of the**
**Arkansas Department of Correction**                                              **RESPONDENT**

**JUDGMENT**

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus. The relief sought is denied.

IT IS SO ORDERED this 31st day of March, 2006.


                                                                _/s/ Wm. R.Wilson,Jr.
                                                                UNITED STATES DISTRICT JUDGE